**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vance V. Frame, ) | No. CV-11-0201-PHX-JAT |
|       Plaintiff, ) | **ORDER** |
| vs. ) | |
| Cal-Western Reconveyance Corporation;) US Bank, NA as Trustee Relating to the) Chevy Chase Funding LLC Mortgage) Backed Certificates, Series 2004-A;) Capital One, NA; and Chevy Chase Bank) FSB, ) | |
|       Defendants. ) | |

After consideration of the pending motions, the Court rules as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time Within Which to Respond to Motions to Dismiss (Dkt. 46) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's request for an open-ended extension pending a decision on the loan modification is denied. Plaintiff shall file a response to the pending motions to dismiss (Dkt. 26 & 27) no later than Friday, June 3, 2011. No further extensions will be permitted.

**IT IS FURTHER ORDERED** that Plaintiff's Consent to Withdraw (Dkt. 43) is **DENIED** without prejudice. Plaintiff's counsel may renew the request to withdraw after counsel has responded to the pending motions to dismiss.

1  **IT IS FURTHER ORDERED** that, in connection with the extension of time in which Plaintiff may respond to the pending motions to dismiss, the Motion for Summary Adjudication of Defendant Cal-Western Reconveyance Corporation's Motion to Dismiss (Dkt. 44) is **DENIED** without prejudice.

DATED this 25th day of May, 2011.

James A. Teilborg
United States District Judge